IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEODORE SCOTT INMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. 03 1189 ) ) JUDGE GARY L. LANCASTER ) |
| FEDERAL EXPRESS LONG TERM DISABILITY PLAN and FEDERAL EXPRESS CORPORATION | ) ELECTRONICALLY FILED ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR RECONSIDERATION OF MOTION FOR SUMMARY JUDGMENT

BEFORE THE COURT is the Motion for Reconsideration of Motion for Summary Judgment on behalf of Defendants Federal Express Corporation and Federal Express Long Term Disability Plan. The Court having considered the Motion is of the opinion that it is well-taken and should be granted. Accordingly, summary judgment is granted in favor of Defendants.

_____
U.S. District Judge Gary L. Lancaster

Dated: August _____, 2006

610610

AND NOW, THIS 8TH DAY OF AUGUST 2006, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE